UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 19-5020-MWF(RAOx)** | Dated: **November 16, 2021** |
| Title: | Balbina Padilla -v- Alta Dena Certified Dairy, LLC, et al. | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

| | |
|---|---|
| Katherine J. Odenbreit | Spencer C. Skeen |
| Atoy Hari Wilson | Nikolas T. Djordjevski |
| Berkeh Alemzadeh | Timothy L. Johnson |
| Edward E. Kim | |
| Kevin Mahoney | |

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 15, 2021, the Court vacated the October 18, 2021 Final Pretrial Conference and November 9, 2021 Jury Trial. The Court further ordered the parties to show cause by October 29, 2021, regarding the status of the bankruptcy as set forth in the Suggestion of Bankruptcy, filed November 19, 2019, and ordered the response to include the status of this action since the dismissal of the appeal ("OSC"). (Docket No. 40).

No response to the OSC has been filed. The parties are **ORDERED** to **SHOW CAUSE** no later than **DECEMBER 3, 2021**, by filing a Joint Status Report regarding the Suggestion of Bankruptcy and the status of this action since dismissal of the appeal. If Defendants refuse to cooperate, Plaintiff shall file a unilateral report by that date. If no status report is filed by the deadline, the action will be dismissed for failure to prosecute.

IT IS SO ORDERED.